UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant. | Civil Action No. 25-2161 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 25, 2025, and Standing Order 25-59, Plaintiff Judicial Watch and Defendant U.S. Department of Justice (the "Department"), by and through undersigned counsel, report to the Court as follows.

　　1.　　This action involves a Freedom of Information Act ("FOIA") request dated November 13, 2024, that Plaintiff submitted to the Department's Office of Information Policy ("OIP"). Plaintiff brought this suit on July 7, 2025, and the Department answered the Complaint on August 7, 2025.

　　2.　　OIP reports that it has completed its electronic keyword search and is currently conducting an initial responsiveness review and deduplication of the electronic search hits. OIP anticipates completing this initial responsiveness review and deduplication process in approximately three weeks, after which it will begin the initial processing of any potentially responsive documents that are identified. OIP expects to be in a position to provide further information about the approximate volume of potentially responsive material and/or its processing efforts in the parties' next status report.

3. Based on the above, the parties propose that they file a further status report on February 11, 2026.

Respectfully submitted,

By: */s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
porfanedes@judicialwatch.org

*Counsel for Plaintiff*

AND

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*