UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 25-2161 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated December 10, 2025, Plaintiff Judicial Watch and Defendant U.S. Department of Justice (the "Department"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated November 13, 2024, that Plaintiff submitted to the Department's Office of Information Policy ("OIP"). Plaintiff brought this suit on July 7, 2025, and the Department answered the Complaint on August 7, 2025.

2. Since the last status report, OIP has completed its initial responsiveness review and deduplication of its initial electronic search results. The parties have also reached an agreement to narrow the scope of the request. OIP sent a narrowing proposal to Plaintiff on January 23, 2026, and Plaintiff's counsel confirmed agreement to that proposal on February 4, 2026. OIP anticipates completing the initial processing of any potentially responsive documents by March 11, 2026. Once OIP completes its initial processing, it will circulate material to other Executive Branch entities for consultation, as necessary. OIP will provide its response as to that material once the consultation process is completed.

3. Based on the above, the parties propose that they file a further status report on April 13, 2026.

                        Respectfully submitted,

                        By: /s/ _Philumina Johanni_
PAUL J. ORFANEDES
Judicial Watch, Inc.
DC Bar No. 429716
PHILUMINA JOHANNI*
425 Third Street SW, Suite 800
Washington, DC 20024
(202) 646-5172
Email:  POrfanedes@judicialwatch.org
Email:  PJohanni@judicialwatch.org

*Counsel for Plaintiff*
*\*Admitted Pro Hac Vice*

                        AND

JEANINE FERRIS PIRRO
United States Attorney

/s/        _Zachariah Lindsey_
ZACHARIAH LINDSEY, DC BAR #1766679
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 445-3658
Zachariah.Lindsey@usdoj.gov

*Attorneys for the United States of America*